IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| DAVID RICARDO STEWART, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 1:11CR156-2 |
| | ) | 1:14CV657 |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

ORDER

The Recommendations of the United States Magistrate Judge were filed with the Court in accordance with 28 U.S.C. § 636(b) and, on December 2, 2015 and December 14, 2015, were served on the parties in this action. Petitioner objected to the Recommendations. [Doc. # 118.]

The Court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a de novo determination in accord with the Magistrate Judge's report. The Court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that Petitioner's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence [Doc. # 103], his letter motion requesting leave to assert additional collateral claims [Doc. # 110], and his Motion Letter Requesting Permission to Supplement § 2255 Motion to Vacate, Set Aside, or Correct Sentence pursuant to Fed. R. Civ.

P. 15(d) [Doc. # 113] are denied without a certificate of appealability. A Judgment dismissing this action will be entered contemporaneously with this Order.

This, the 3rd day of February, 2016.

/s/ James A. Beaty
United States District Judge